②

①

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

JUN 23 2020 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Deon
Antoine
Baker

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Amanda Gallegos (Exe. Dir.),
Joseph Glunto (Exe. of Classification),
Michael Brady (Exe. of Central Kitchen),
Mr. Beachum (Supt. Division 4),
Thomas J. Dart (Sheriff of Cook County)

Case No: _____
(To be supplied by the Clerk of this Court)

1:20-cv-03687
Judge Robert W. Gettleman
Magistrate Judge Sheila M. Finnegan
PC 2

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Deon Antoine Baker

B. List all aliases: none

C. Prisoner identification number: 20170506050

D. Place of present confinement: Cook County Department of Corrections

E. Address: 2650 S. California St. Chgo, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Amanda Gallegos

Title: Executive Director

Place of Employment: Cook County Sheriff Dept./Cook County D.O.C.

B. Defendant: Joseph Glunto

Title: Executive of Classification

Place of Employment: Cook County Department of Corrections

C. Defendant: Thomas J. Dart

Title: Sheriff of Cook County

Place of Employment: Cook County Sheriff's Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. Defendant: Mr. Beachum

Title: Superintendent of Division 4

Place of Employment: Cook County Department of Corrections

E. Defendant: Michael Brady

Title: Executive of Central Kitchen

Place of Employment: Cook County Department of Corrections

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Deon Antoine Baker vs. Chicago Police Department (Fifthteenth District) (docket #: N/A)

B. Approximate date of filing lawsuit: April 29, 2019

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Deon Antoine Baker

D. List all defendants: Sgt. Gonzales #1477; a/o Ruiz, R. #14837; A/o Doles, C.J. #6457; A/o Konstanski, J.M. #9056; A/o Ruiz, R. #19472; A/o Young, G.J. #3546; Chicago Police Department (15th district) 5701 W. Madison St. Chicago, IL 60644

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): State Court rm. 606, Clerk's Office Cook County (transferred to) - United States District Court, 219 S. Dearborn St. Chgo, IL 60604 N. Dist. E. Div.

F. Name of judge to whom case was assigned: Honorable Judge Mr. Guzman

G. Basic claim made: Wrongful arrest, malicious prosecution (to be amended).

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: none (still pending)

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3        Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]


31

J. Name of case and docket number: Deon Antoine Baker (2017-0506050) vs. Officer Wallace, et al., Case: 1:20-CV-02855 Document #: 7

K. Approximate date of filing lawsuit: May 15, 2020

L. List all plaintiff's (if you had co-plaintiffs), including any aliases: Deon Antoine Baker

M. List all defendants: Officer Wallace, et al. of the Cook County Sheriff's Office

N. Court in which the lawsuit was filed (if federal court, name the district; if state-Court, name the County): United States District, 219 S. Dearborn St. Chicago, IL 60604 Northern District Eastern Division.

O. Name of judge to whom case was assigned: Hon. Robert W. Gettleman

P. Basic claim made: intentional infliction of emotional distress, excessive use of force, and false disciplinary report. Excessive bail and cruel and unusual punishment.

Q. Disposition of this case (for example: Was the cause dismissed? Was it appealed? Is it still pending?): dismissed without prejudice, pending until June 19, 2020.

R. Approximate date of disposition: 05/15/20 D.W.O.P.; Still Pending - 6-19-20

31

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(P1) I am exhorting a claim in this action due to "delay" affecting the filing of the proper grievence procedures in wake of the "pandemic" that is temporarily preventing timely filing of such procedures involving this complaint. I am intending to make claims against Executive Director: Amanda Gallegos; Classification executive officer: Joseph Glunto; Central Kitchen executive: Michael Brady; Superintendent: Mr. Beachum (Division 4 Supt.); Sheriff of Cook County: Thomas J. Dart, all of the "public officials" above in the performance of their duties while working their "official capacity", operating Cook County Department of Corrections. Their actions causing me "maladjustment" from the "malpractice" and the "malfeasance" of housing and detaining me and other detainees in "Division 4" of the Cook County Jail in the event of the Corona virus/ Covid-19 pandemic, in which the entire "Division 4" was "prematurely" "re-opened" after being either closed or condemned for several years before the date of April 6, 2020 when I was moved from the Division eleven cell 209 to the Division 4 cell(s) 209 and 217 tier 2-J. The living conditions of the entire Division 4 and of the tier-2J in

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

which I was temporarily detained for "social distancing" were very "atrocious". There was no adequate cleaning supplies and no power-washing crew employed by Cook County Jail had not previously cleaned none of the twelve tiers of Division 4. There was dead "waterbugs", roaches, spiders and spider webs, rodent droppings, dirt, mold and asbestos. We could not consume any running water due to the "rust and lead" thats running from the sinks and the showers, in which I'm forced to drink and shower and bathe in. We have limited water to drink from the water coolers thats supplied for us to drink from which sits in the dayrooms of all twelve tiers, "even during lockup hours". Every tier has to have a water cooler to drink from. There were and still is rusted out sinks covered in mold and rust exposing us all on the daily basis. The current tier 2-M that I am currently housed have such sinks in the dayroom bathroom and some cells; also the tiles "beneath" my cell 216 "tiolet" of tier-2M is "teeming" in mold. The entire Division 4 is teeming in mold exposing us all to mold. There were "freezing" temperatures in the cells in which myself and other detainees were housed in, due to improper engineering of the lever adjusting the temperature for us to live in. I suffered sleeping in freezing or rather 35° celsius or less temperatures during that time of the year, due to "no operating heat" during the first two weeks

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

in the Division 4 building. Neither was there any hot water available during that entire first full two weeks. There was no counselor or any social workers tending to our grievences due to the living conditions of the ones grieved of previously. We was "not" supplied with adequate "medical attention" sufficiently, specifically me myself "not" recieving any of my "prescribed medications" from Division eleven previously, where I was previously housed before the "social distancing" issue stemming from the "pandemic."

(P2) I am also stating a claim against the "Central kitchen" which is operated under executive officer: Michael Brady for causing me "malnutrition" and "malnourishment" while "inadequately providing" my prescribed/order dietary-portion 2400 DB for my "prescribed diet" for "pre-diabetes". I had to refuse the "regular" food trays that they attempt to offer to me in place of my prescribed 2400 DB diet trays, roughly "(3) three times a day", and sometimes I go without eating at all for fear that the regular food portioned trays may cause a "trigger" of my "prediabetes" to become closer to "type 2 diabetes." I am trying to prevent Type 2 Diabetes, but I have been hard pressed in maintaning my nutrition and nourishment adequately since being moved from Division eleven tier D-C-209 cell, where I was "before" being moved to Division 4 during the Covid-19 pandemic. I was properly and correctly fed "two fruits such as apples and apple sauces" alternating on the "breakfast" trays daily; "two (2) fruits and vegetables" on the "lunch" trays daily; and "two fuits on the "dinner" trays daily, each properly portioned to me "when I was in Division eleven", "before" being moved to Division 4. Dr. Colon prescribed those portions. (P3) I claim that each of the defendants in their "official capacity" each had the intention to perform their duties of their executive positions that played individual roles in "reopening" closed and/or condemned Divisions such as Division 4, which I am housed in "prematurely". Such divisions were "inoperable" for years before being "prematurely opened "re opened" again, without being properly or promptly operative for better living

Conditions for detainees such as myself in the midst of the "Covid-19 pandemic." Due to the "lack of supplies and services" at the inception of the conception of social distancing, the coronavirus had infected the detainees around me, and had each tier on "quarantine" as the virus spread like a wild fire. I had been exposed to multiple infected detainees, of whom which "pleaded" for sufficient "cleaning supplies" and "disinfectants" and "hand sanitizer" before they were infected by the Corona virus. So, Executive Director: Amanda Gallegos; Executive of Classification: Joseph Glunto; Superintendent of Division 4: Mr. Beachum; Sheriff of Cook County: Thomas J. Dart, all of which whom I claimed in (P1), I claim each shared a common interest during the duty of their "official capacity" to "house" us such detainees in "inoperable" divisions such as Division 4, "prematurely", as in "malpractice" and "malfeasance" causing "maladjustment" to us detainees in an improper effort to "social distance" us all hastily, or too hurriedly while we suffered in the midst of getting the such division to "operate" sufficiently. The claims of (P2) against "Central Kitchen" Executive officer: Michael Brady also added to the "maladjustment" that I've suffered since the premature re-opening of Division 4, where I claim as the reason in paragraph 2 "(P2)" as this was "not" a problem before "Division 4" was reopened. I'm claiming that all purported claims in this action altogether infringes the cruel and unusual punishment clause of the Eighth Amendment of the United States Constitution. Therefore, each defendant should have taken even more extra precautions while in the performance of their own "official capacities".

\* \* \*

note: ~ When "division 4" first opened and during the first "two weeks", Michael Brady the executive director over the Central Kitchen had allowed for "innumerable" detainee volunteers to work in the "Central Kitchen" without "personal protective equipment" during the social distancing injunction due to the pandemic, causing the coronavirus to infect eight .. detainees on my tier 2-J, and widespread as well throughout the entire Division 4 and other Div. \*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Indemnification and monetary compensations for the injuries that I sustained while in custody of Cook County Department of Corrections for the incidents grieved of.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☑ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __4__ day of __06__, 20__20__

_Deon A. Baker_
(Signature of plaintiff or plaintiffs)

_Deon Antoine Baker_
(Print name)

_20170506050_
(I.D. Number)

_2650 S. California St._
_Chicago, IL 60608_
(Address)



**Thomas J. Dart**
Sheriff of Cook County

**Amanda Gallegos**
Executive Director

# Cook County Sheriff
# Records Department

2700 South California Avenue
Chicago, Illinois 60608
Tel: (773) 674-5201
E-Mail: doc_records@cookcountyil.gov

## VERIFICATION OF INCARCERATION

Jail Booking Number: **20170506050**  Today's Date: **March 5, 2020**

Regarding: **Baker, Deon A.**
Subject's Name

Date of Birth: **09-22-82**  Social Security # (if available): XXXXXXXXXXXXXXXXX

Pursuant to your request, the following information is submitted:

Date entered CCDOC custody: **May 6, 2017**

### Case #1

Date Released: **In Custody**
Case/Docket #: **2017CR0799201**
Lead Charge: **Firearm / Foid Invalid**
Disposition: **None at this time**
Disposition Date: **None at this time**
Next Court Date: **March 20, 2020**

### Case #2

Date Released:
Case/Docket #:
Lead Charge:
Disposition:
Disposition Date:
Next Court Date:

Additional Comments: **NONE**

Signature of Person Completing form

Administrative Assistant II
Title

VOI Revised: 03/2019

5111

Baker, Deon-2J

Deon A. Baker #20170506050
Cook County Department of Corrections
Division 4  tier 2-M  216 Cell
2650 S. California St.
P.O. box 089002
Chicago, IL 60608



Legal mail

1:20-cv-03687
Judge Robert W. Gettleman
Magistrate Judge Sheila M. Finnegan
PC 2

06/23/2020-58

RECEIVED
JUN 23 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Attn: Prisoner Correspondent
United States District Court
219 S. Dearborn Street 20th Floor
Chicago, IL 60604

7.50

Legal Mail